```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


DAVID ANTHONY FALLON,

            Plaintiff,           CIV. S-05-2355-FCD-PAN-PS

      v.

THE   UNITED   STATES   FEDERAL                     ORDER
COMMUNICATIONS COMMISSION,

            Defendant.
_____/
```

This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On February 1, 2006, Judge Nowinski recommended that plaintiff's action be dismissed. No objections to the findings and recommendation have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed February 1, 2006, are adopted in full; and

    2.  This action is dismissed.

DATED: March 10, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

2